IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SINU BATTU,

    PLAINTIFF,

    *v.*

MERRICK GARLAND, ATTORNEY
GENERAL OF THE UNITED STATES;
MICAH BROWN, FIELD OFFICE
DIRECTOR, ATLANTA FIELD OFFICE;
CHRISTOPHER A. WRAY,
DIRECTOR, FEDERAL BUREAU OF
INVESTIGATION OF THE UNITED
STATES; UR M. JADDOU, DIRECTOR,
USCIS; ALEJANDRO MAYORKAS,
SECRETARY OF THE UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY ("DHS"), AND UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES ("USCIS");

    DEFENDANTS.

Civil Action No.

1:24-cv-01219-TWT

**ORDER GRANTING DEFENDANTS' MOTION TO REMAND**

Defendants moved to remand this matter to U.S. Citizenship and

Immigration Services pursuant to 8 U.S.C. § 1447(b) so that USCIS may issue a

decision on Plaintiff's application for naturalization, Form N-400.  Plaintiff,

through counsel, did not oppose Defendants' motion.  The Court finds that

remand to USCIS is appropriate and will exercise its discretion to remand this

matter to USCIS in order to allow the administrative process to run its course and

to provide USCIS an opportunity to utilize its expertise in adjudicating

naturalization applications.

Accordingly, the Court REMANDS this matter to USCIS and ORDERS

USCIS to issue a decision on Plaintiff's application for naturalization, Form N-

400, within thirty (30) days of the date of this Order.

The clerk is directed to CLOSE this matter.  In the event that USCIS does

not adjudicate Plaintiff's application for naturalization, Form N-400, within 30

days, Plaintiff may move to reopen this matter.


SO ORDERED this 28th day of ___May_____, 2024.


_____
Honorable Thomas W. Thrash, Jr.
Senior United States District Judge